```
 1  PETER D. KEISLER
    Assistant Attorney General
 2  JOYCE R. BRANDA
    PATRICIA R. DAVIS
 3  JAMIE ANN YAVELBERG
        U.S. Department of Justice
 4      P.O. Box 261
        Ben Franklin Station
 5      Washington, D.C.  20044
        Telephone: (202) 514-6514
 6      Facsimile: (202) 305-4117
        E-mail: jamie.yavelberg@usdoj.gov
 7  GEORGE S. CARDONA
    Acting United States Attorney
 8  LEON W. WEIDMAN
    Assistant United States Attorney
 9  Chief, Civil Division
    GARY PLESSMAN
10  Assistant United States Attorney
    Chief, Civil Fraud Section
11  WENDY L. WEISS (CA Bar No. 181073)
    Assistant United States Attorney
12      Room 7516, Federal Building
        300 North Los Angeles Street
13      Los Angeles, CA 90032
        Telephone: (213) 894-0444
14      Facsimile: (213) 894-5139
        E-mail: Wendy.Weiss@usdoj.gov
15
    Attorneys for the United States of America
16
17              UNITED STATES OF AMERICA
18         FOR THE CENTRAL DISTRICT OF CALIFORNIA
19                   WESTERN DIVISION
20  [UNDER SEAL],                )  CASE # CV 06-2461 ABC (JTLx)
                                 )
21       Plaintiff(s),           )  [PROPOSED] ORDER RE:
                                 )  UNSEALING OF THE COMPLAINT
22  vs.                          )
                                 )  [Lodged Under Seal Pursuant
23  [UNDER SEAL],                )  to the False Claims Act, 31
                                 )  U.S.C. §3730 (b)(2) and (3)]
24       Defendant(s).           )
                                 )
25  _____
26  (Filed Concurrently Under Seal: Notice of Consent by the
    Attorney General of the United States of America to Dismissal,
27  and Request for Order Re: Unsealing of the Complaint)
28
```

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ✓

FILED
CLERK, U.S DISTRICT COURT
SEP 13 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

DOCKETED ON CM
SEP 19 2007

```
 1  PETER D. KEISLER
    Assistant Attorney General
 2  JOYCE R. BRANDA
    PATRICIA R. DAVIS
 3  JAMIE ANN YAVELBERG
         U.S. Department of Justice
 4       P.O. Box 261
         Ben Franklin Station
 5       Washington, D.C.  20044
         Telephone: (202) 514-6514
 6       Facsimile: (202) 305-4117
         E-mail: jamie.yavelberg@usdoj.gov
 7  GEORGE S. CARDONA
    Acting United States Attorney
 8  LEON W. WEIDMAN
    Assistant United States Attorney
 9  Chief, Civil Division
    GARY PLESSMAN
10  Assistant United States Attorney
    Chief, Civil Fraud Section
11  WENDY L. WEISS (CA Bar No. 181073)
    Assistant United States Attorney
12       Room 7516, Federal Building
         300 North Los Angeles Street
13       Los Angeles, CA 90032
         Telephone: (213) 894-0444
14       Facsimile: (213) 894-5139
         E-mail: Wendy.Weiss@usdoj.gov
15
    Attorneys for the United States of America
16
```

UNITED STATES OF AMERICA

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. GLENN E. PAULY,<br><br>   Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON<br>and CENTOCOR, INC.,<br><br>   Defendants. | CASE # CV 06-2461 ABC (JTLx)<br><br>[PROPOSED] ORDER RE:<br>**UNSEALING OF THE COMPLAINT**<br><br>[Lodged Under Seal Pursuant<br>to the False Claims Act, 31<br>U.S.C. §3730 (b)(2) and (3)] |

(Filed Concurrently Under Seal: Notice of Consent by the Attorney General of the United States of America to Dismissal, and Request for Order Re: Unsealing of the Complaint)

2

**ORDER**

Upon consideration of the United States' NOTICE OF CONSENT BY THE ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA TO DISMISSAL AND REQUEST FOR ORDER RE: UNSEALING OF THE COMPLAINT ("Notice of Consent"), the Court rules as follows:

IT IS ORDERED that:

1. The Complaint, the Order dismissing the Complaint, the Notice of Consent, and this Order shall be unsealed; and

2. All other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon any person.

**SO ORDERED,**

This __13__ day of __Sept__, 2007.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

PETER D. KEISLER
Assistant Attorney General
JOYCE R. BRANDA
PATRICIA R. DAVIS
JAMIE ANN YAVELBERG
U.S. Department of Justice
DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GARY PLESSMAN
Assistant United States Attorney
Chief, Civil Fraud Section

_____
WENDY L. WEISS
Attorneys for the
United States of America

3